BRYAN SCHRODER
Acting United States Attorney

RICHARD L. POMEROY
YVONNE LAMOUREUX
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov
Yvonne.Lamoureux@usdoj.gov
Adam.Alexander@usdoj.gov

ETHAN ARENSON
HAROLD CHUN
FRANK LIN
Trial Attorneys
Computer Crime & Intellectual Property Section
1301 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: (202) 514-1026
Facsimile: (202) 514-6113
Ethan.Arenson@usdoj.gov
Harold.Chun@usdoj.gov
Frank.Lin@usdoj.gov

Attorneys for Plaintiff United States

//

//

//

//

//

//

//

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER YURYEVICH LEVASHOV,<br>  a/k/a "Petr Levashov," "Peter Severa,"<br>  "Petr Severa," and "Sergey Astakhov",<br><br>    Defendant. | Case No. 3:17-cv-00_____<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL** |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Plaintiff, the United States of America, by and through its attorneys, Bryan Schroder, Acting United States Attorney for the District of Alaska, Kenneth A. Blanco, Acting Assistant Attorney General, Richard L. Pomeroy, Yvonne Lamoureux and Adam Alexander, Assistant United States Attorneys, and Ethan Arenson, Harold Chun and Frank Lin, Trial Attorneys, respectfully moves *ex parte*, pursuant to Title 18, United States Code, Sections 1345 and 2521 and Rule 65(b) of the Federal Rules of Civil Procedure, for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

1.     As more fully set forth in the attached Memorandum of Law, the Defendant is responsible for the operation of a sophisticated malware named Kelihos. Kelihos is malware that distributes spam, distributes malware, such as

U.S. v. Levashov
3:17-cv-00_____

2

ransomware, and harvests credentials. Kelihos is a malware designed to create a peer to peer botnet, that is, it looks to infect a large number of computers and furthers its infections and malicious activities by communicating with other infected computers. The Kelihos botnet has been known to have infected more than 100,000 computers worldwide at a single time, with some of those infected computers residing in the District of Alaska and elsewhere in the United States.

2. To halt this conduct, the United States requests that this Court enter the proposed Temporary Restraining Order, which commands the Defendant to cease his criminal activity, authorizes the Government to undertake a technical disruption of the Defendant's malware infrastructure, and orders the Defendant to appear before this Court and show cause, if any, why a preliminary injunction should not be issued.

WHEREFORE, the Government requests that the Court enter the proposed Order.

RESPECTFULLY SUBMITTED, on April 4th, at Anchorage, Alaska.

| | |
|---|---|
| BRYAN SCHRODER<br>Acting United States Attorney | KENNETH A. BLANCO<br>Acting Assistant Attorney General |
| By: /s/ Richard Pomeroy<br>RICHARD POMEROY<br>YVONNE LAMOUREUX<br>ADAM ALEXANDER<br>Assistant U.S. Attorneys<br>District of Alaska | By: /s/ Ethan Arenson<br>ETHAN ARENSON<br>HAROLD CHUN<br>FRANK LIN<br>Trial Attorneys<br>Computer Crime and<br>Intellectual Property Section |

U.S. v. Levashov
3:17-cv-00____